

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2022

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
New York, New York 10007

    Re:    *United States v. Sun Hoi Ying, a/k/a "Sun Haiying,"* **22** Mag. 1711 (UA)

Dear Judge Cave:

    A charging instrument in the above-referenced case, charging defendant Sun Hoi Ying, a/k/a "Sun Haiying," with acting and conspiring to act in the United States as an unregistered agent of the Government of the People's Republic of China, was filed under seal on February 18, 2022. We respectfully request that the complaint and the related arrest warrant be unsealed at this time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Matthew Hellman / Kyle Wirshba
    Assistant United States Attorneys
    (212) 637-2278 / -2493

**SO ORDERED:**

_____ 3/30/2022
HONORABLE SARAH L. CAVE
United States Magistrate Judge
Southern District of New York